# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH BARLOW,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70812

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant filed a pro se notice of appeal from an order denying a pretrial petition for a writ of habeas corpus. On August 30, 2016, this court issued an order directing appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel has responded with a notice of withdrawal of this appeal, approved by appellant. Appellant then submitted a pro se letter indicating that he does not wish to withdraw the appeal.[1] Only the state may appeal from an order resolving a pretrial petition for writ of habeas corpus. NRS 34.575(2); *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*,

---

[1]The clerk of this court shall file the letter received on September 17, 2016.

16-30594

110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ *Cherry*, J.
Cherry

_____, J.          _____, J.
Douglas                      Gibbons


cc:   Hon. Kerry Louise Earley, District Judge
      Special Public Defender
      Keith Barlow
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk